[No. 4400–9–III. Division Three. December 23, 1982.]

KRISTINE M. WILLIAMS, ET AL, *Respondents,* v. THE STATE OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–2–00416–1, Howard Hettinger, J., entered February 17, 1981. *Reversed* and *remanded* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4685–1–III. Division Three. December 23, 1982.]

*In the Matter of the Marriage of* HAROLD ZAY JOHNSON, *Appellant, and* BETTY YVONNE JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 80–3–00101–0, Fred R. Staples, J., entered August 16, 1981. *Remanded with instructions* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 10941–3–I. Division One. December 27, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES C. DIXON, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Whatcom County, No. 81–1–00149–4, Jack S. Kurtz, J., entered November 9, 1981, and January 13, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Corbett, JJ.